IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3140 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RONALD L. HULME, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The defendant's oral motion to continue sentencing date is granted;

(2)    Defendant Hulme's sentencing is continued to Wednesday, July 5, 2006, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

May 18, 2006.                            BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge