IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )          4:05CR3140
        v.                         )
                                   )
RONALD L. HULME,                   )
                                   )              ORDER
            Defendant.             )
                                   )

 

 

 

        For the reasons set out in the government's brief in
opposition to the motion,


        IT IS ORDERED, Defendant's motion for release to treatment,
filing 22, is denied.

        DATED this 25th day of May, 2006.

                              BY THE COURT:


                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge