IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3140 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| RONALD L. HULME, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application by the defendant and without objection by the government,

IT IS ORDERED that:

(1) The United States Marshals Service shall release Ronald L. Hulme on Thursday, July 6, 2006, at approximately 8:00 a.m.

(2) Mr. Hulme is authorized to travel to Grand Island, Nebraska, in the custody of Ms. Sheila Hulme, his ex-wife, to say goodbye to his hospitalized and dying mother.

(3) Mr. Hulme shall return to the custody of the United States Marshal at the Saline County Jail no later than 5:00 p.m., Thursday, July 6, 2006.

(4) Mr. Hulme shall abide by the following conditions of release:

(a) Travel to Grand Island, Nebraska to visit with his mother who is in critical condition in the hospital and for no other purpose;

(b) Not use any alcohol or any controlled substances;

(c) Not commit any violation of federal, state or local law while on release.

July 5, 2006.                                BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge